## STATHAM *v.* THE STATE.

SIMMONS, C. J.    No error of law was committed and the evidence authorized the verdict.
    *Judgment affirmed.    All the Justices concurring.*

Argued January 15, — Decided January 25, 1900.

Indictment for cheating and swindling.    Before Judge Sheffield.    Terrell superior court.    December 1, 1899.

*J. A. Laing* and *W. C. Worrill,* for plaintiff in error.
*John R. Irwin, solicitor-general,* by *King & Anderson* and *Lewis W. Thomas,* contra.